CAUSE NO. 29541

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 196TH JUDICIAL DISTRICT |
| | § | |
| PAMELA DIANE CONTRERAS | § | HUNT COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/13/2015 4:20:38 PM
LISA MATZ
Clerk

## FINDINGS AND RECOMMENDATIONS

On October 6, 2015, the Court conducted a hearing in the above numbered and entitled cause pursuant to an Order of the Court of Appeals, Fifth Appellate District. After the hearing, the Court makes the following Findings and Recommendations:

1. The Court finds that Pamela Diane Contreras ("Defendant" herein) is indigent, and wishes to prosecute the appeal of this matter in **Appellate Cause Number 05-15-00544-CR.**

2. The Court finds that Mr. Jason Duff, appellate counsel for Defendant, has failed to file appellant's brief herein due to his heavy appellate schedule.

3. Mr. Duff has assured this Court that he will file appellant's brief not later than 5:00 p.m. on Friday, October 9, 2015.

4. The Court therefore recommends to the Hon. Fifth Appellate District Court that it allow Mr. Jason Duff to file Appellant's Brief on or before Wednesday, October 9, 2015 at 5:00 p.m., and that this Court be allowed to remove him as appellate counsel should he fail to do so.

SIGNED on this the 13th day of October, 2015.

_____
JUDGE PRESIDING